1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DOCK MCNEELY,

11            Petitioner,              No. CIV S-09-2520 WBS GGH P

12        vs.

13   S. M. SALINAS, Warden,

14            Respondent.              ORDER

15   _____/

16            On June 22, 2010, plaintiff filed a request for reconsideration of the magistrate

17   judge's order filed June 11, 2010, denying petitioner's June 4, 2010, request that his notice of

18   voluntary dismissal be disregarded.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's

19   orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire

20   file, the court finds that it does not appear that the magistrate judge's ruling was clearly

21   erroneous or contrary to law.

22   \\\\\

23   \\\\\

24   \\\\\

25    \\\\\

26   \\\\\

1

1           Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of

2 the magistrate judge filed June 11, 2010, is affirmed.

3 DATED:  July 14, 2010

4 

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

5

6

7

8

9 /mcne2520.850

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2